JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| GUADALUPE ROSAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA, and DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No. 5:17-CV-00438 JGB (AGRx)<br><br>[Originally Filed in Riverside County Superior Court; Case No. RIC 1702209]<br><br>**JUDGMENT RE LABORATORY CORPORATION OF AMERICA'S MOTION FOR SUMMARY JUDGMENT**<br><br>Honorable Jesus G. Bernal<br><br>Date: April 2, 2018<br>Time: 9:00 a.m.<br>Courtroom: 1<br><br>Date of Filing: February 7, 2017<br>Trial Date: June 5, 2018 |

After full consideration of the evidence, the Statement of Undisputed Facts, and the authorities submitted by counsel, the Court finds that there is no triable issue of material fact as to Plaintiff Guadalupe Rosas' ("Plaintiff") cause of action for medical malpractice against LabCorp, and LabCorp is entitled to judgment as a matter of law.

1    IT IS THEREFORE ORDERED that LabCorp's motion for summary
2 judgment is GRANTED and that judgment shall be entered forthwith in favor of
3 LabCorp and against Plaintiff.

Dated: March 29, 2018

_____
Honorable Jesus G. Bernal
United States District Court Judge